# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ISRAEL GASTELUM CHAVEZ, <br> Petitioner, <br> v. <br> LORETTA E. LYNCH, <br> Respondent. | Case No. CV 14-7566 DMG (AGRx) <br><br> **DECLARATORY JUDGMENT** |

This matter having come before the Court for a bench trial on February 16, 2016 and this Court having filed its Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that David Gastelum Chavez's Petition for derivative citizenship is GRANTED.

DATED: August 16, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE